


JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
P.O. Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREG F. FISHER; CLAIRE FISHER and MERRIE FISHER, Husband and Wife; AmWEST SURETY INSURANCE COMPANY; STATE OF WASHINGTON EMPLOYMENT SECURITY DEPARTMENT; and GRANT LEAVELL,<br><br>Defendants. | NO. CV-08-334-LRS<br><br>JUDGMENT AND DECREE OF FORECLOSURE |

Plaintiff's Application for Judgment and Decree of Foreclosure upon Order of Default having come on for consideration; the defendants GREG F. FISHER; CLAIRE FISHER and MERRIE FISHER, Husband and Wife; AmWEST SURETY INSURANCE COMPANY; STATE OF WASHINGTON EMPLOYMENT SECURITY DEPARTMENT; and GRANT LEAVELL, being in default and their default having been entered; and the Court being fully advised in the premises, Plaintiff's Motion for Default Judgment (Ct. Rec. 12) is GRANTED

IT IS ORDERED, ADJUDGED, and DECREED as follows:

I.

Plaintiff is awarded judgment against defendant GREG F. FISHER in the amount of $226,314.12 ($166,748.53 principal and $59,565.59 interest accrued

JUDGMENT AND DECREE OF FORECLOSURE - 1
[F90310kd.FAWfisher]

through August 28, 2008); plus interest to accrue at the rate of $25.4541 per day from and after August 28, 2008, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, for costs of suit, including the filing fee allowed pursuant to 28 USC § 2412(a)(2), and other proper relief.

II.

The debt upon which this judgment is based is secured and perfected by the following:

(1) A real estate mortgage recorded February 25, 1994, under Auditor's File No. 813300, Official Records of Okanogan County, Washington.

(2) A real estate mortgage recorded April 23, 1998, under Auditor's File No. 864675, Official Records of Okanogan County, Washington.

(3) A real estate mortgage recorded August 8, 2000, under Auditor's File No. 3025407, Official Records of Okanogan County, Washington.

(4) A partial release executed by a representative of Plaintiff was recorded March 6, 1997, as Instrument No. 850440, Official Records of Okanogan County, Washington.

JUDGMENT AND DECREE OF FORECLOSURE - 2
[F90310kd.FAWfisher]

### III.

The foregoing real estate mortgages cover the following described property situated in Okanogan County, State of Washington:

### REAL PROPERTY

Lots 2, 3 and 4 of Greg F. Fisher Short Plat No. 94-45, as recorded in Book A-2, page 212 of Short Plats, Auditor's File No. 849893, records of Okanogan County, Washington

### IV.

Said real estate mortgages which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendant GREG F. FISHER and all persons claiming by, through or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption allowed by the laws of the State of Washington, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expenses thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

### V.

Any party to this suit may become a purchaser at such sale.

JUDGMENT AND DECREE OF FORECLOSURE - 3
[F90310kd.FAWfisher]

## VI.

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

DATED this 15th day of June, 2009.

s/Lonny R. Suko

---
LONNY R. SUKO
United States District Judge

Presented by:

JAMES A. McDEVITT
United States Attorney


s/ Frank A. Wilson
---
FRANK A. WILSON
Assistant U.S. Attorney
Attorney for Plaintiff
USA-WAE-FWilson

JUDGMENT AND DECREE OF FORECLOSURE - 4
[F90310kd.FAWfisher]

7

# CERTIFICATE OF SERVICE

I hereby certify that on the __10th__ day of April, 2009, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

Greg F. Fisher
32050 Highway 97
Tonasket, WA 98855

Claire Fisher
30 Fisher Rd.
Tonasket, WA 98855

Merrie Fisher
30 Fisher Rd.
Tonasket, WA 98855

AmWest Surety Insurance Company
8300 N. Hayden Rd., Suite A100
Scottsdate, AZ 85258

Donivan R. Irby
Assistant Attorney General
800 5th Avenue, Suite 2000, TB-14
Seattle, WA 98104-3188
For: State of Washington Employment Security Department

Grant Leavell
905 Hwy 7
P.O. Box 1369
Tonasket, WA 98855

s/ Frank A. Wilson
Frank A. Wilson
Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-FWilson

8