JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767
Fax:  (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|        Plaintiff,                   ) | NO. CV-08-334-LRS |
|                                     ) | |
|    vs.                              ) | ORDER CONFIRMING SALE |
|                                     ) | |
| GREG F. FISHER; CLAIRE FISHER       ) | |
| and MERRIE FISHER, Husband          ) | |
| and Wife; AmWEST SURETY             ) | |
| INSURANCE COMPANY; STATE            ) | |
| OF WASHINGTON EMPLOYMENT            ) | |
| SECURITY DEPARTMENT;                ) | |
| and GRANT LEAVELL,                  ) | |
|                                     ) | |
|        Defendants.                  ) | |

THIS MATTER came on regularly for hearing upon motion of the United States of America for an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action.  The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Okanogan County, in the State of Washington and is more particularly described as:

<u>REAL PROPERTY</u>

    Lots 2, 3 and 4 of Greg F. Fisher Short Plat No. 94-45, as recorded in Book A-2, page 212 of Short Plats, Auditor's File No. 849893, records of Okanogan County, Washington

The record also reflects that on said date all right, title and interest of the defendants, and each of them, in and to the said property was sold by the said Marshal

ORDER CONFIRMING SALE -
[F100511kd.FAWfisher]                              1

to the United States of America; the Marshal properly made and filed his Return of Sale on the 7th day of May, 2010; the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days having elapsed since mailing of the notice of filing of said return, and no objections or exceptions were made or filed to said sale and return. Therefore, in consideration of the foregoing, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Ct. Rec 19 is GRANTED and said sale by said Marshal to the United States of America on the 23rd day of April, 2010, and all proceedings had in respect thereto be, and the same are, approved and confirmed.

DATED this 18th day of May, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

PRESENTED BY:

JAMES A. McDEVITT
United States Attorney

s/ Frank A. Wilson
_____
Frank A. Wilson
Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-FWilson

ORDER CONFIRMING SALE -
[F100511kd.FAWfisher]                2